77,577-02

Hamis Chande
ID: 1828317
Dalhart Unit
11950 FM 998
Dalhart, Tx 79022-7624

January 14, 2015

Court of Criminal Appeals
P.O. BOX 12308
Capitol Station
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Dear Sir or Madam:

RE: REQUESTING STATUS OF MY APPLICATION IN
EX PARTE CHANDE, WR-77,577-02

  Refers to the above-entitled. I am writing to you in regarding to my application for a writ of habeas corpus filed with your office. It has been more than 90 days since my application was received with your office and submitted to the Honorable Court. Therefore, I respectfully requests the status of this case for my own records. Thanks in advance for your attention in this request and I look forward hearing back from you soon.

Respectfully Submitted,

Hamis Chande
Applicant Pro Se